■ In the Matter of Daniel J. Celani et al., Respondents, v Anthony A. Marconi, as Commissioner of City of Buffalo Department of Inspections and Community Revitalization, et al., Appellants. (Appeal No. 3.) [683 NYS2d 468] —Appeal unanimously dismissed without costs (*see, Hughes v Nussbaumer, Clarke & Velzy*, 140 AD2d 988; *Chase Manhattan Bank v Roberts & Roberts*, 63 AD2d 566, 567; *see also*, CPLR 5501 [a] [1]). (Appeal from Order of Supreme Court, Erie County, Sconiers, J.—Summary Judgment.) Present—Denman, P. J., Hayes, Wisner, Callahan and Boehm, JJ.

■ Robert Hulings et al., Appellants, v Niagara Candy, Inc., Defendant, and General Electric Company et al., Respondents and Third-Party Plaintiffs. Vastola Heating & Air Conditioning Corp., Third-Party Defendant-Respondent. [683 NYS2d 689] —Order and judgment unanimously affirmed without costs for reasons stated in decision at Supreme Court, Howe, J. (Appeal from Order and Judgment of Supreme Court, Erie County, Howe, J.—Summary Judgment.) Present—Green, J. P., Pigott, Jr., Balio and Fallon, JJ.